ACCEPTED
01-14-00974-cv
FIRST COURT OF APPEALS
HOUSTON, TEXAS
4/28/2015 5:03:55 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-14-00974-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

4/28/2015 5:03:55 PM

CHRISTOPHER A. PRINE
Clerk

In The
Court of Appeals
For The
1st District of Texas

_____

AAMCO TRANSMISSIONS, INC.

*Appellant,*

v.

JAMES A. BOVA

*Appellee.*

_____

On Appeal from the 113th Judicial District Court
Harris County, Texas
Trial Court No. 2013-77066

_____

**Appellee's Motion to Extend Time to File Reply to Appellant's Brief**

_____

Mestemaker, Straub & Zumwalt
David K. Mestemaker
SBN: 13974600
FBN: 14410
3100 Timmons Lane
Suite 455
Houston, Texas 77027
Telephone: (713) 626-8900
Facsimile: (713) 626-8900
Counsel for Appellant

## APPELLEE'S MOTION TO EXTEND TIME TO FILE REPLY TO APPELLANT'S BRIEF

COMES NOW, JAMES A. BOVA, Appellee in the above- entitled and numbered cause, by and through his attorney, David K. Mestemaker of Mestemaker, Straub & Zumwalt, and files this Motion to Extend Time to File Reply to Appellant's Brief, and in support thereof, would respectfully show unto the Court as follows:

1.      This matter is on appeal from the 113th District Court of Harris County. The matters on appeal are the rulings from a Default Judgment that resulted in a Final Judgment signed on June 9, 2014. The Trial Court cause number is 2013-77066. The case was styled *James A. Bova v. AAMCO Transmissions, Inc.*

2.      Appellee's reply brief is due on Thursday, April 30, 2015. Appellant seeks an extension of time of 21 days, making Appellee's reply brief due on Thursday, May 21, 2015.

3.      Due to Appellee's counsel's schedule, of preexisting hearing and trial dates, it would be difficult and impose a hardship for Appellee's counsel to properly reply to Appellant's brief.

4.       This Motion is not being made for the purpose of delay, but so that justice may be done.

5.      Appellee prays that this Court grant Appellee an extension of time to file his reply to Appellant's brief, pursuant to Texas Rules of Civil Procedure 10.5 and 38.6(d), to at least May 21, 2015, and all other relief, at law or in equity, to which he shows himself justly entitled.

Respectfully Submitted:

**Mestemaker, Straub & Zumwalt**

*/s/ David K. Mestemaker*

_____

Mestemaker, Straub & Zumwalt
David K. Mestemaker
SBN: 13974600
FBN: 14410
3100 Timmons Lane
Suite 455
Houston, Texas 77027
Telephone: (713) 626-8900
Facsimile: (713) 626-8900
Counsel for Appellant

## CERTIFICATE OF SERVICE

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties on April 28, 2015.

Respectfully Submitted:

**Mestemaker, Straub & Zumwalt**

*/s/ David K. Mestemaker*

_____

Mestemaker, Straub & Zumwalt
David K. Mestemaker
SBN: 13974600
FBN: 14410
3100 Timmons Lane
Suite 455
Houston, Texas 77027
Telephone: (713) 626-8900
Facsimile: (713) 626-8900
Counsel for Appellant